IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DAVID C. JURICIC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ROBERT J. SHELBY,<br><br>　　　　　Defendant. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**<br><br>Case No. 2:25-cv-00550-TC-JCB<br><br>Judge Tena Campbell<br>Magistrate Judge Jared C. Bennett |

　　　　On September 18, 2025, United States Magistrate Judge Jared C. Bennett issued a Report and Recommendation (R&R) recommending that the court strike pro se Plaintiff David C. Juricic's complaint (ECF No. 1) and close the case. (ECF No. 8.) Mr. Juricic was given fourteen days to file objections to the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Nothing has been filed and the time for objecting has passed.

　　　　The court has reviewed the matter and the R&R for clear error and finds that it is correct in all material respects. See Fed. R. Civ. P. 72 Advisory Comm. Notes 1983 Addition Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Accordingly, the court adopts the R&R in its entirety.

**ORDER**

　　　　For the foregoing reasons, the court ORDERS as follows:

1.　　　　The court ADOPTS ECF No. 8 in its entirety.

2.　　　　The Plaintiff's complaint is STRICKEN.

3.  The court DISMISSES this action without prejudice.

DATED this 7th day of October, 2025.

BY THE COURT:

*Tena Campbell*
Tena Campbell
United States District Judge